

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-13-00820-CR

Jose Isabel Martinez **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRU010-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due May 22, 2014; however, the court granted appellant an extension of time to file the brief until June 23, 2014. Appellant has filed a motion requesting until August 7, 2014 to file the brief.

We **grant** the motion and order appellant's attorney, Guillermo Lara Jr., to file the appellant's brief by **August 7, 2014** (77 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court